AUSA: Rawsthorne Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Thompson, FBI Telephone: (810) 239-5775

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Carson James Lee Ensign,

Case No. 1:26-mj-30651
Honorable Patricia T. Morris

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 11, 2026 in the county of Huron in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251 | Sexual exploitation of a minor |
| 18 U.S.C. § 2252A(a)(2) | Distribution and receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of child pornography |

This criminal complaint is based on these facts:
There is probable cause to believe that Carson Ensign violated 18 U.S.C. § 2251, sexual exploitation of a minor, 18 U.S.C. § 2252A(a)(2), distribution and receipt of child pornography, and 18 U.S.C. § 2252A(a)(5), possession of child pornography.

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Thompson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 16, 2026

*Judge's signature*

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ). I have been so employed since March 2024. I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force. It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously a police officer for the Livonia Police Department for eleven years. There, I investigated numerous criminal cases involving child victims. As part of my employment at FBI, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law. I have been involved with several investigations regarding child pornography and the exploitation of children through the internet. I have observed and reviewed

numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Carson James Lee Ensign for violations of 18 U.S.C. § 2251(a), relating to sexual exploitation of a minor, 18 U.S.C. § 2252A(a)(2), relating to distribution and receipt of child pornography, and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

4. On October 12, 2026, Witness One, whose identity is known to the FBI, reported to the Allen County Sheriff's Office, which is located in Ohio, that their 10-year-old daughter, minor victim (MV), was the victim of online sexual exploitation. Witness One discovered MV was communicating with an unknown individual through TikTok, and Apple iMessage. Witness One discovered that MV

sent child sexually abusive material (CSAM) of herself to telephone number 810-***-4809 through Apple iMessage. Upon the discovery, Witness One reported the circumstances to law enforcement. Witness One identified that the conversation between the Subject and MV began on TikTok and transitioned to direct text messages. The subject's TikTok username was "Graye***." Within the TikTok conversation, MV identified herself as a ten-year-old female. The Subject requested CSAM of MV through TikTok and when MV sent CSAM, her account was blocked causing the transition to direct text messaging through Apple iMessage after MV provided her Apple iCloud Account. The subject was messaging MV through Apple iMessage from telephone number 810-***-4809. Within that text conversation, the subject requested and received CSAM of MV on October 11, 2026, at approximately 3:08 AM. The subject additionally directed MV to "Like finger yourself." Below are screenshots of the text conversation between the Subject and MV. The first screenshot MV identified her age. The second screenshot, the Subject is providing direction to MV for the CSAM.

**TikTok**



2026-10-12 T16:52:27
AXON APP
4:52
Account not found
Guess
11
13
I'm 3 years younger than you
U 9
No, I'm 10
3+10 is 13 right and that equals I'm three years younger than you
Yes
Account not found: Hey

**iMessage**




5. Law Enforcement reviewed the text message conversations between MV and the subject verifying that CSAM was sent by MV to the subject. MV sent two images via iMessage on or about 10/11/2026 at approximately 3:08 AM. The first image depicts MV1, wearing a grey t-shirt, nude from the waist down, turned away from the camera with her buttocks exposed. The second image depicts MV,

wearing a grey t-shirt, nude from the waist down, facing the camera and lifting her shirt. Her breasts and vagina are the focal points of the image. Both images appear to have been taken in the bathroom.

6. Following Witness One reporting the circumstances to law enforcement, the FBI received records from AT&T identified the subscriber of telephone number "810-***-4809" as Carson Ensign, date of birth (DOB) **-**, 2001. The address associated with the AT&T account was a residence in Port Hope, Michigan.

7. A records search for Carson Ensign identified a prior investigation from Harbor Beach Police Department, alleging Ensign requested CSAM from minors, along with masturbating in front of minors in 2021. The FBI contacted Harbor Beach Police Department, who confirmed they were familiar with Ensign, confirmed he now lived in Port Hope, Michigan, with other relatives.

8. On October 15, 2026, the FBI executed at the address associated with Ensign in Port Hope, Michigan. Ensign was within the residence.

9. In an interview with a relative of Ensign's, she confirmed Ensign changed his phone number within the past week from 810-***-4809 to 989-***-0449, for unknown reasons. Ensign has social media accounts including Facebook,

Snapchat, and TikTok, and often goes by the name Grayson. Ensign has had a prior arrest related to having contact with underage children.

10. SA Thompson requested Ensign's finger to unlock the phone. Ensign subsequently grabbed the phone from SA Thompson and unlocked it with a passcode.

11. SA Thompson conducted a preview of the device at the scene. A preview of the device identified the TikTok account "Graye***." A search of the image gallery identified images of MV. Additionally, within the hidden folder of the image gallery, SA Thompson identified multiple files of child sexually abusive material.

12. Based on the aforementioned facts, there is probable cause to believe that Carter James Lee Ensign committed violations 18 U.S.C. § 2251(a), relating to

sexual exploitation of a minor, 18 U.S.C. § 2252A(a)(2), relating to distribution and receipt of child pornography, and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography.

Justin M. Thompson
Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on October 16, 2026.

Curtis Ivy, Jr.
United States Magistrate Judge